✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF      NEVADA

UNITED STATES OF AMERICA

V.

DAMIEN MINGARELLI

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:      2:10-mj-0823-PAL

CHARGING DISTRICTS
CASE NUMBER:      3:10-cr-00108-1-RRB-DMS

     The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

     IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____ Alaska _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear at (if blank, to be notified)
_____ on _____ .
*Date and Time*

_____
*Signature of Judge*

10/26/10
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*